UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCENIC JACKSONVILLE INC.,
a Florida not-for-profit corporation, f/k/a
CAPSIGNS, INC.,

    Plaintiff,

vs.                                                    CASE NO. 3:11-cv-55-J-32TEM

CLEAR CHANNEL OUTDOOR, INC.,
a Delaware corporation,

    Defendant.
_____

## O R D E R

      This case is before the Court on Plaintiff's Motion to Extend the Case Management Deadline to Amend Pleadings and Add Parties (Doc. #45, Motion to Extend), filed on August 22, 2011.  Plaintiff seeks to enlarge the current deadline of September 2, 2011 through December 15, 2011 (*see* Doc. #38, Case Management and Scheduling Order and Referral to Mediation).  Plaintiff states, "The Defendant has consented to an extension until December 15, 2011" (Doc. #45 at 3), but Plaintiff also notes it anticipates Defendant will oppose the addition of the City of Jacksonville as a party defendant (*id.* at n.1).

      Taking note that a motion for judgment on the pleadings is currently pending (*see* Doc. #33), and that the standard for amendments to a pleading after expiration of a deadline is significantly different from the standard for amendments sought before the deadline, the Court decided to let the response period run on this matter before issuing a definitive ruling on the instant motion.  *Compare* Fed. R. Civ. P. 16(b)(4) *with* Fed. R. Civ. P. 15(a); *also see Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417 (11th Cir. 1998)(per curiam)

(finding motions to amend pleadings after the time prescribed by the court's scheduling order is subject to the good cause standard of Rule 16(b) before application of Rule 15(a)). Because, however, the current deadline for amendment of pleadings in this case expires today, the Court will **temporarily grant** the instant motion, subject to Defendant's response to the Motion to Extend (Doc. #45), which is due not later than the close of business on **September 8, 2011**.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of September, 2011.

Copies to all counsel of record
and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge